**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**



UNITED STATES OF AMERICA

-vs-

DUDLEY EARL BREARLEY

Case Number: 6:01-CR-189-ORL-28DAB

USM Number: 24743-018

Michelle P. Smith, FPD
201 S. Orange Avenue
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two and Three of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | New criminal conduct, driving under the influence, occurring while on supervision in violation of the conditions of supervision | October 15, 2006 |
| Two | New criminal conduct, Domestic Battery, occurring while on supervision in violation of the conditions of supervision | December 18, 2006 |
| Three | New criminal conduct, Driving While License Suspended or Revoked, occurring while on supervision in violation fo the conditions of supervision | February 22, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Four through Nine and is discharged as to such violations condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/16/2007

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

November _2 0_ ,2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **7 Months. The term of imprisonment shall run concurrent with the state sentence imposed in Case No. 2006-CF3678 Lake County, Florida**

The defendant is remanded to the custody of the United States Marshal.

The court recommends that the defendant receive mental health treatment while incarcerated within the Bureau of Prisons.

**IT IS FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the Court.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case